**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6216

MARTIN HARRIS,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, Chairperson, Parole
Board; HELEN F. FAHEY, Chairperson,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:06-cv-00723-RBS)

Submitted: April 26, 2007                     Decided: May 3, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Harris v. Virginia</u>, No. 2:06-cv-00723-RBS (E.D. Va. filed Jan. 4, 2007; entered Jan. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>